UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYSSA TRABULSI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a business entity unknown; and DOES 1-50, inclusive<br><br>　　　　Defendants. | Case No. 8:17-cv-02088-JLS-(SK)<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>The Hon. Josephine L. Staton<br><br><br>Action Filed:　November 27, 2017<br>Trial Date:　　None Set |

The Court, having entered its Order Granting Motion for Summary Judgment in favor of Wells Fargo Bank, N.A. in its entirety and as to all of Plaintiff's claims (Doc. No. 48), **HEREBY ORDERS:**

1. This entire action and each of Plaintiff's claims are dismissed with prejudice.

2. Judgment is entered in favor of Defendant Wells Fargo Bank, N.A. and against Plaintiff Mayssa Trabulsi.

3. Defendant, as prevailing party, may seek costs by submitting a "Bill of Costs" and an "Application to the Clerk to Tax Costs" in accordance with Local Rules 54-2 and 54-2.1.

**IT IS SO ORDERED.**

DATED: November 28, 2018

JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE