Jeffrey L. Malek (State Bar No. 94080)
Steven M. Gourley (State Bar No. 57144)
Laura L. Lewis (State Bar No. 134737)
MALEK & MALEK
3625 Del Amo Blvd Suite 350
Torrance, California 90503
Telephone: 310-540-5100
Facsimile: 310-371-7242
jmalek@maleklaw.com
sgourley@maleklaw.com
llewis@maleklaw.com

Attorneys for PLAINTIFF, MAYSSA TRABULSI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYSSA TRABULSI<br><br>                    Plaintiff(s)<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, et al.,<br><br>                    Defendant(s) | CASE NO. 8:17-CV-02088-JLS-SK<br><br>Hon. Josephine L. Staton<br><br>[Removed from Orange County Superior Court, Case No. 30-2017-000934032-CU-NJ-CJC]<br><br>[AMENDED] JOINT STIPULATION FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL AND [PROPOSED] ORDER THEREON |

1       IT IS HEREBY STIPULATED by and between plaintiff MAYSSA TRABULSI ("Plaintiff") and defendant WELLS FARGO BANK, NATIONAL ASSOCIATION, et al., ("Defendant") by and through their respective attorneys of record, to the terms and conditions on this stipulation and jointly request that the Court enter its Order at the end of this document.

      Whereas, the Court entered Judgment [Doc. #48] in favor of Defendant and against Plaintiff on November 16, 2018; and

      Whereas, Defendant filed its Application to Tax Costs [Doc. #51] on December 5, 2018; and

      Whereas, Plaintiff has a right to appeal the Court's Judgment before the Court of Appeals.

      Therefore, the parties agree as follows:

      Plaintiff agrees to waive her right to all appealable issues arising in and from this action, including, but not limited to, the November 16, 2018 Judgment in exchange for Defendant's waiver of all claims for costs arising from this litigation, including those in its Application to Tax Costs filed December 5, 2018.

IT IS HEREBY STIPULATED:

Dated: December 13, 2018        MALEK & MALEK

By:  /s/ Jeffrey L. Malek
    JEFFREY L. MALEK
    STEVEN M. GOURLEY
    LAURA L. LEWIS
    Attorneys for PLAINTIFF, MAYSSA TRABULSI

| | |
|---|---|
| DATED: December 13, 2018 | SEVERSON & WERSON |
| | By: /s/ Evelina Manukyan |
| | EVELINA MANUKYAN |
| | Attorneys for Defendant WELLS FARGO BANK, NATIONAL ASSOCIATION |

# ORDER

IT IS HEREBY ORDERED THAT upon good cause being shown as set forth in the stipulation of legal counsel for the parties, the Court hereby adopts the stipulation.

**IT IS SO ORDERED.**

Dated: December___, 2018

By: _____
Hon. Josephine L. Staton
United States District Court

# PROOF OF SERVICE

*Mayssa Trabulsi v. Wells Fargo Bank, National Assoc., et al.*

USDC Case No. **8:17-CV-02088-JLS-SK**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 3625 Del Amo Blvd., Ste 350, Torrance, CA 90503. On December 21, 2018, I served the following document(s) described as [AMENDED] JOINT STIPULATION FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL; AND [PROPOSED] ORDER on the interested parties in this action as follows: by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

```
Evelina Manukyan                         Attorneys for Defendant
SEVERSON & WERSON                        WELLS FARGO BANK, NATIONAL
One Embarcadero Center, Suite 2600       ASSOCIATION
San Francisco, CA 94111
```

__x__ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 21, 2018, at Torrance, California 90503.

*Cynthia White*

---

DECLARATION OF STEVEN M. GOURLEY IN SUPPORT OF MOTION TO COMPEL